AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

FRED ALVOS NUNEZ,

        Plaintiff,

        v.

CITY OF PASCO, et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5064-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment in favor of Defendants and against Plaintiff in the amount of $511.50 attorneys fees and costs.

February 28, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer