UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FRED ALVOS NUNEZ,

    Plaintiff,

v.

CITY OF PASCO, a municipal corporation; OFFICER PATRICK BAKER and JANE DOE BAKER, husband and wife and their marital community; OFFICER CHAD PETTIJOHN and JOHN DOE PETTIJOHN, husband and wife and their marital community; OFFICER ANTHONY ACEVES, husband and wife and their marital community; OFFICER RAYMOND APARICIO and JANE DOE APARICIO, husband and wife and their marital community,

    Defendants.

NO. CV-10-5064-RHW

**ORDER GRANTING DEFENDANTS' MOTION TO REQUEST STAY; EXTENDING DISCOVERY DEADLINE**

Before the Court is Defendants' Motion to Request a Stay on Motion to Dismiss (Ct. Rec. 40). Also before the Court is the parties' Agreed Motion for 30 Day Extension of Discovery Period (Ct. Rec. 36). The motions were heard without oral argument.

Defendants ask the Court to stay their pending motion because Plaintiff has agreed to appear at a deposition on March 4, 2011. Rather than stay the hearing, for docketing purposes, the Court will deny the motion with leave to renew. Defendants can renew and re-note the motion if necessary.

The parties ask to extend the discovery cutoff by thirty days. The Court finds that good cause exists to grant the extension.

**ORDER GRANTING DEFENDANTS' MOTION TO REQUEST STAY; EXTENDING DISCOVERY DEADLINE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion to Request a Stay on Motion to Dismiss (Ct. Rec. 40) is **GRANTED**.

2. Defendants' Motion to Dismiss (Ct. Rec. 22) is **DENIED**, with leave to renew.

3. The parties' Agreed Motion for 30 Day Extension of Discovery Period (Ct. Rec. 36) is **GRANTED**. The deadline for discovery cutoff is April 10, 2011.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 28th day of February, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2010\Nunez\grant2.wpd

**ORDER GRANTING DEFENDANTS' MOTION TO REQUEST STAY;
EXTENDING DISCOVERY DEADLINE ~ 2**