AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FRED ALVOS NUNEZ,

           Plaintiff,

           v.

OFFICER PATRICK BAKER; OFFICER CHAD PETTIJOHN; OFFICER ANTHONY ACEVES; OFFICER RAYMOND APARICIO,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5064-RHW

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

It is ordered that the Plaintiff, Fred A. Nunez, recover nothing, the action be dismissed on the merits and the defendants Patrick Baker, Chad Pettijohn, Anthony Aceves, and Raymond Aparicio recover costs from the Plaintiff, Fred A. Nunez.

| | |
|---|---|
| March 12, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/Michelle M. Fox |
| | *(By) Deputy Clerk* |
| | Michelle M. Fox |